VERIFICATION OF ALLEGATIONS IN THE ADMIRALTY COMPLAINT
OF ENDURANCE EXPLORATION GROUP, INC., TO BE FILED
IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF FLORIDA

STATE OF FLORIDA
                    s. s. Clearwater
COUNTY OF PINELLAS

BEFORE ME, the undersigned notary public, appeared MICAH JAMES ELDRED, a person well known to me to be the Chief Executive Officer of Endurance Exploration Group, Inc., who, being duly sworn and under oath, solemnly declared under penalties of perjury that he has read the foregoing complaint and has personal knowledge of the facts alleged therein and that the facts alleged are true and correct to the best of his knowledge and belief.

_____
MICAH J. ELDRED, CEO
ENDURANCE EXPLORATION
GROUP, INC.

SWORN TO AND SUBSCRIBED before me on this __1st__ day of October, 2014.

_____
C. Campassi

