**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See _"Instructions for Service of Process by U.S. Marshal"_

| PLAINTIFF ENDURANCE EXPLORATION GROUP, INC. | COURT CASE NUMBER 8:14-CV-2502-T-35MAP |
|---|---|
| DEFENDANT UNKNOWN, ABANDONED, SUNKEN 19TH CENTURY PADDLE WHEEL, ETC. | TYPE OF PROCESS |

**SERVE AT** { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ENDURANCE EXPLORATION - JAR HOLDING METAL DEBRIS IN WATER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
UNITED STATES COURTHOUSE, 801 North Florida Avenue – 4th Floor, Tampa, Florida

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| MARLOW WHITE, ATTORNEY AT LAW<br>LEWIS & WHITE, P. L. C.<br>222 W. GEORGIA STREET<br>TALLAHASSEE FL 32301 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

_FILED 2014 NOV -5 PM 12:00 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA_

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (_Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service_):

Fold

Fold

CALL 850-212-8866 TO REACH MARLOW WHITE IF NO ANSWER AT THE TELEPHONE NUMBER BELOW; OR,
CALL 850-212-8271 FOR GENE LEWIS OF THE SAME LAW FIRM.

| Signature of Attorney other Originator requesting service on behalf of: _Marlow White_ | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER 850-425-5000 | DATE 10/29/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1/1 | District of Origin No. 17 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk | | Date 11/3/14 |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (_See remarks below_)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 11/3/14 — Time 10 — ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| W | 0 | 0 | . | $2500 | $0.00 |

REMARKS: * Substitute custodian court order

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13