UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ENDURANCE EXPLORATION GROUP,
INC.,

    Plaintiff,

v.                                                                                       Case No: 8:14-cv-2502-T-35MAP

UNKNOWN, ABANDONED, SUNKEN
19TH CENTURY PADDLE WHEEL
STEAMER,

    Defendant.
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against all potential claimants who have not timely filed their claim and for failure to serve any paper as required by law, in Tampa, Florida on the 15th day of January, 2015.

                                                    SHERYL L. LOESCH, CLERK

                                                    s/ D. Greco, Deputy Clerk

Copies furnished to:

Counsel of Record